**Order entered September 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00057-CV

**LOU D. VASQUEZ AND NILDA A. VASQUEZ, Appellants**

**V.**

**FIREBIRD SFE I, LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05077-E**

## ORDER

Before the Court is appellant's motion to extend time to file brief. We **GRANT** the motion and **ORDER** the brief received by the Clerk of the Court September 9, 2019 filed as of the date of this order.

/s/  ROBERT D. BURNS, III
    CHIEF JUSTICE